DANA McRAE, State Bar No. 142231
County Counsel, County of Santa Cruz
J. OMAR RODRIGUEZ, State Bar No. 252886
Office of the County Counsel
Assistant County Counsel
701 Ocean Street, Room 505
Santa Cruz, California 95060
Telephone: (831) 454-2040
Fax: (831) 454-2115
**Attorneys for County of Santa Cruz Defendants**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| THOMAS PARRISH,<br><br>   Plaintiff,<br><br>v.<br><br>COUNTY OF SANTA CRUZ; OFFICER GHANOW; CALIFORNIA FORENSIC MEDICAL GROUP AND 20 UNKNOWN AGENTS/EMPLOYEES OF THE COUNTY OF SANTA CRUZ and THE CALIFORNIA FORENSIC MEDICAL GROUP,<br><br>   Defendants. | Case No. 18-cv-04484-HSG<br><br>**(PROPOSED) ORDER GRANTING COUNTY OF SANTA CRUZ DEFENDANTS' MOTION FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE ON OCTOBER 30, 2018**<br><br>Date:   October 30, 2018<br>Time:   2:00 p.m.<br>Dept:   Courtroom 2, 4th Floor |

**ORDER**

County of Santa Cruz Defendants' motion requesting approval for telephonic appearance at the October 30, 2018 is hereby approved. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

IT IS SO ORDERED.

Dated: October 25, 2018

_____
HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

---

*Parrish v. County of Santa Cruz, et al.*   (Proposed) Order Granting County' Motion for Telephonic Appearance at October 30 CMC
Case No. 18-cv-04484-HSG

1