KATHLEEN E. WELLS, State Bar No. 107051
Attorney at Law
3393 Maplethorpe Lane
Soquel, California 95073
Telephone: (831) 475-1243
Email: lioness@got.net

Attorney for Plaintiff THOMAS PARRISH

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION – ECF PROGRAM

| THOMAS PARRISH, | Case No. 18-cv-04484-HSG |
|---|---|
| Plaintiff, | |
| v. | PLAINTIFF'S REQUEST FOR PERMISSION TO APPEAR BY TELEPHONE AT THE OCTOBER 30 CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER |
| COUNTY OF SANTA CRUZ; OFFICER GHANOW; CALIFORNIA FORENSIC MEDICAL GROUP AND 20 UNKNOWN AGENTS/EMPLOYEES OF THE COUNTY OF SANTA CRUZ and THE CALIFORNIA FORENSIC MEDICAL GROUP, | |
| Defendants. | Date: October 30, 2018<br>Time: 2:00 p.m.<br>Crtrm: 2, Fourth Floor |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff hereby requests that this Court to allow counsel to appear telephonically at the Case Management Conference scheduled on October 30, 2018 at

*Parrish v. County of Santa Cruz, et al.*     PLAINTIFF'S MOTION FOR TELEPHONIC APPEARANCE; [PROPOSED] ORDER
Case No. 18-cv-04484-HSG

-1-

2:00 p.m. in Courtroom 2 before the Honorable Haywood S. Gilliam, Jr.  Good cause exists to grant this request in that counsel is located in Santa Cruz County and as such, transportation time to and from the conference will be in excess of 3 hours; and, furthermore, counsel is disabled and it is a hardship for her to park and make it to the courtroom in her wheelchair.

>Respectfully submitted,
>
>Law Office of Kathleen E. Wells

October 24, 2018                              /s/  Kathleen E. Wells
                                              KATHLEEN E. WELLS, Attorney for Plaintiff
                                              Thomas Parrish

## [PROPOSED] ORDER

 GOOD CAUSE APPEARING THEREFOR

Plaintiff's request for permission for counsel to appear telephonically at the October 30 Case Management Conference is hereby granted.  Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

Dated: 10/25/2018

                                              HAYWOOD S. GILLIAM, JR.
                                              UNITED STATES DISTRICT COURT JUDGE