1   JEROME M. VARANINI, ESQ. (State Bar No. 58531)
    THE LAW OFFICES OF JEROME M. VARANINI
2   641 FULTON AVENUE, Suite 200
    SACRAMENTO, CA (95825)
3   P.O. BOX 590
    SACRAMENTO, CA 95812-0590
4   TELEPHONE: (916) 993-4868

5   Attorney For Defendants
    CALIFORNIA FORENSIC MEDICAL GROUP, INC.,

6

7

                UNITED STATES DISTRICT COURT
8
                NORTHERN DISTRICT OF CALIFORNIA
9

10

11   THOMAS PARRISH                 CASE NO. 4:18-cv-04484-HSG

12      Plaintiff,             **[PROPOSED]** **ORDER GRANTING**
                                    **DEFENDANT CALIFORNIA FORENSIC**
13   vs.                        **MEDICAL GROUP, INC'S MOTION FOR**
                                    **PERMISSION FOR COUNSEL TO APPEAR**
14   COUNTY OF SANTA CRUZ, et al;     **BY PHONE AT CASE MANAGEMENT**
                                    **CONFERENCE OCTOBER 30, 2018**
15      Defendants.

    _____/   Date: October 20, 2018
16                                     Time: 2:00 p.m.
                                    Dept: Courtroom 2, 4th Floor
17

18      **[PROPOSED]** **ORDER GRANTING PERMISSION TO APPEAR BY PHONE**

19           Good cause having been shown the request by defendant

20   California Forensic Medical Group, Inc., to allow counsel to appear by

21   phone at the Case Management Conference on October 30, 22018, is hereby

22   granted. Counsel shall contact CourtCall at (866) 582-6878 to make

23   arrangements for the telephonic appearance.

24   Dated: 10/29/2018