1  DANA McRAE, State Bar No. 142231
   County Counsel, County of Santa Cruz
2  JASON M. HEATH State Bar No. 180501
   Chief Assistant County Counsel
3  J. OMAR RODRIGUEZ, State Bar No. 252886
   Office of the County Counsel
4  Assistant County Counsel
   701 Ocean Street, Room 505
5  Santa Cruz, California 95060
   Telephone: (831) 454-2040
6  Fax: (831) 454-2115
   **Attorneys for County of Santa Cruz Defendants**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| THOMAS PARRISH, | Case No. 18-cv-04484-HSG |
|---|---|
| Plaintiff, | **ORDER GRANTING COUNTY OF SANTA CRUZ DEFENDANTS' AMENDED MOTION FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE ON OCTOBER 30, 2018** |
| v. | |
| COUNTY OF SANTA CRUZ; OFFICER GHANOW; CALIFORNIA FORENSIC MEDICAL GROUP AND 20 UNKNOWN AGENTS/EMPLOYEES OF THE COUNTY OF SANTA CRUZ and THE CALIFORNIA FORENSIC MEDICAL GROUP, | Date: October 30, 2018<br>Time: 2:00 p.m.<br>Dept: Courtroom 2, 4th Floor |
| Defendants. | |

**ORDER**

County of Santa Cruz Defendants' motion requesting approval for Jason M. Heath telephonic appearance at the October 30, 2018 is hereby approved. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

IT IS SO ORDERED.

Dated: October 30, 2018

　　　　　　　　　　　　　　　　　　　／s／ Haywood S. Gilliam, Jr.
　　　　　　　　　　　　　　　　　　　HON. HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE