KATHLEEN E. WELLS, State Bar No. 107051
Attorney at Law
3393 Maplethorpe Lane
Soquel, California 95073
Telephone: (831) 475-1243
Email: lioness@got.net

Attorney for Plaintiff THOMAS PARRISH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| THOMAS PARRISH,<br><br>  Plaintiff,<br><br>v.<br><br>COUNTY OF SANTA CRUZ; OFFICER GHANOW; CALIFORNIA FORENSIC MEDICAL GROUP AND 20 UNKNOWN AGENTS/EMPLOYEES OF THE COUNTY OF SANTA CRUZ and THE CALIFORNIA FORENSIC MEDICAL GROUP,<br><br>  Defendants. | Case No. 18-cv-04484-HSG<br><br>AMENDED STIPULATION AND [PROPOSED] ORDER TO AMEND SCHEDULING ORDER |

Plaintiff THOMAS PARRISH ("Plaintiff") and Defendants COUNTY OF SANTA CRUZ, OFFICER DAVID GANSCHOW (erroneously sued as "Officer Ghanow") ("County Defendants"), and Defendant THE CALIFORNIA FORENSIC MEDICAL GROUP ("CFMG") submit the following stipulation and proposed order continuing the dates in the scheduling order.

WHEREAS, on July 24, 2018, Plaintiff filed a complaint, on August 22, 2018, Plaintiff filed a first amended complaint, and on October 3, 2018, Plaintiff filed a second amended complaint ("SAC").

*Parrish v. County of Santa Cruz, et al.*  Amended Stipulation and [Proposed] Order to Continue Scheduling Dates
Case No. 18-cv-04484-NC

1

1    WHEREAS, Defendant CFMG filed an answer to Plaintiff's SAC on October 10, 2018, Defendant County of Santa filed an answer to Plaintiff's SAC on October 22, 2018, and Defendant Ganschow filed an answer to Plaintiff's SAC on December 19, 2018.

    WHEREAS, on October 31, 2018, County Defendants served Plaintiff with an initial set of discovery, and subsequently granted Plaintiff an extension to respond.

    WHEREAS, in November and December 2018, Plaintiff's counsel, Kathleen Wells, experienced serious medical issues which impeded her ability to respond to the County Defendants' discovery or to litigate this matter;

    WHEREAS, the settlement conference in this matter, formerly set for February 20, 2019, has been reset by order of Magistrate Beeler to June 4, 2019,

**Therefore**, Plaintiff, County Defendants, and Defendant CFMG stipulate and respectfully request as follows:

That the dates in the scheduling order be continued as follows:

| **Event** | **Present Date** | **Requested Date** |
| --- | --- | --- |
| Close of Fact Discovery | 3/29/19 | 6/28/19 |
| Exchange Opening Expert Reports | 4/15/19 | 7/15/19 |
| Exchange Rebuttal Expert Reports | 4/29/19 | 7/29/19 |
| Close of Expert Discovery | 5/13/19 | 8/12/19 |
| Disposition Motion Hearing | 6/27/19 | 9/26/19 |
| Pretrial Conference | 9/24/19 | 11/26/19 |
| Jury Trial (10 days) | 10/7/19 | 12/09/19 |

IT IS SO STIPULATED.

Dated: March 1, 2019                        Law Office of Kathleen E. Wells

                                            By: _____/s/_____
                                                KATHLEEN E. WELLS, Attorney for
                                                Plaintiff Thomas Parrish

*Parrish v. County of Santa Cruz, et al.*        Amended Stipulation and [Proposed] Order to Continue Scheduling Dates
Case No. 18-cv-04484-NC

2

Dated:  March 1 , 2019                The Law Offices of Jerome M. Varanini

                                      By:           /s/
                                          JEROME M. VARANINI
                                          Attorney for Defendant California Forensic
                                          Medical Group, Inc.


Dated:  March 1 , 2019                DANA McRAE, COUNTY COUNSEL

                                      By:           /s/
                                          RYAN THOMPSON
                                          Assistant County Counsel
                                          Attorneys for Defendants County of Santa
                                          Cruz and Officer David Ganschow
                                          [erroneously sued as "OFFICER
                                          GHANOW"]

*Parrish v. County of Santa Cruz, et al.*            Amended Stipulation and [~~Proposed~~] Order to Continue Scheduling Dates
Case No. 18-cv-04484-NC

3

# [~~PROPOSED~~] ORDER

Good cause appearing and based on the stipulation of counsel, the Court makes the following Order:

The dates in the scheduling order are continued as follows:

| **Event** | **Date** |
|---|---|
| Close of Fact Discovery | 6/28/19 |
| Exchange Opening Expert Reports | 7/15/19 |
| Exchange Rebuttal Expert Reports | 7/29/19 |
| Close of Expert Discovery | 8/12/19 |
| Disposition Motion Hearing | 9/26/19 at 2:00 p.m. |
| Pretrial Conference | 11/26/19 at 3:00 p.m. |
| Jury Trial (10 days) | 12/09/19 at 8:30 a.m. |

**IT IS SO ORDERED.**

DATED: 3/4/2019

*(signature: Haywood S. Gilliam Jr.)*

THE HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT COURT JUDGE

*Parrish v. County of Santa Cruz, et al.*     Amended Stipulation and [~~Proposed~~] Order to Continue Scheduling Dates
Case No. 18-cv-04484-NC

4